Decided September 18, 1996

STATE LIBRARY *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

CITY OF NORWICH ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The petition by the plaintiff State Library for certification for appeal from the Appellate Court, 41 Conn. App. 641 (AC 14415/14416), is granted, limited to the following issue:

"In the circumstances of this case, did the Appellate Court properly conclude that the plaintiffs failed to prove their aggrievement?"

The Supreme Court docket number is SC 15522.

*Linsley Barbato*, assistant attorney general, in support of the petition.

*James C. McGuire*, in opposition.

Decided September 18, 1996